**FILED**

April 19, 2023

United States Courts
Southern District of Texas
FILED

*May 03, 2023*

Nathan Ochsner, Clerk of Court

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
By:        DT
                    Deputy

### UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF TEXAS
### EL PASO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | **Case No: EP:23-CR-00738-FM** |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | **I N D I C T M E N T**   **4:23-mj-925** |
| | § | |
| JAVIER MORALES-CASTANEDA, | § | **CT 1:** 8 U.S.C. § 1326(a) & (b)(1) – Illegal Re-Entry |
| | § | |
| Defendant. | § | |

THE GRAND JURY CHARGES:

### COUNT ONE
(8 U.S.C. § 1326(a) & (b)(1))

On or about April 15, 2022, in the Western District of Texas, Defendant,

**JAVIER MORALES-CASTANEDA,**

an alien, who had previously been excluded, deported, and removed from the United States,

attempted to enter, entered, and was found in the United States, without having previously received

express consent to reapply for admission from the United States Attorney General and the

Secretary of Homeland Security, the successor pursuant to Title 6, United States Code, Sections

202(3), 202(4) and 557, in violation of Title 8, United States Code, Section 1326(a) and (b)(1).

A TRUE BILL.

FOREPERSON OF THE GRAND JURY

JAIME ESPARZA
UNITED STATES ATTORNEY

BY: _____
        Assistant U.S. Attorney

A true copy of the original, I certify.
Clerk, U. S. District Court
By _____
                                Deputy